```
1  M,r. John Boutte , Pro Se                          FILED
2  225 Berry Street Apt. 303                          MAR 18 PM 12:42
3  San Francisco , California 94107                   CLERK, U S DISTRICT COURT
4  ( 415 ) 896-9205                                   NORTHERN DISTRICT OF CALIFORNIA
5
6                    United States District Court
7                    Northern District of California
8
9  John Boutte,                 )  Case No.: C07-05660 MJJ
                                )
10         Plaintiff,            )  Acknowledgement of Clerk's Notice
                                )
11     vs.                      )
                                )
12 RGW Construction Company et.al. )
                                )
13         Defendant            )
                                )
14
15                    Acknowledgement
16
17     Dear Clerk :
18        This letter acknowledges receipt of your notice to me concerning Judge
19 Jenkins . I will act according to your notice and serve the defendants .
20                    Dated this 15th day of March 2008 .
                                JOHN BOUTTE
21                              _____
                                Mr. John Boutte , Pro Se
22                              JOHN BOUTTE
23
```

[**Summary of pleading**] - 1