IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE, | No. C07-05660 MJJ |
|     Plaintiff, | **ORDER DENYING IN FORMA PAUPERIS** |
| v. | |
| RGW CONSTRUCTION, | |
|     Defendant. | |

Before the Court is Plaintiff's application to proceed *in forma pauperis*. A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. *See* 28 U.S.C. § 1915(a). Plaintiff has submitted an affidavit of his income only. (Docket No. 2) However, based on this alone, the Court cannot determine Plaintiff's eligibility or approve the request. Accordingly, Plaintiff's application to proceed without the payment of the filing fee is **DENIED**. Plaintiff is granted **leave to amend** his *in forma pauperis* request, supplementing it with the information requested in the Court's "Application to Proceed *In Forma Pauperis*." The Clerk of the Court is directed to serve a copy of the Application on Plaintiff. Plaintiff shall have **30 days** from the entry of this order to submit an amended *in forma pauperis* application, if any. Failure to do so, or to pay the Court's filing fee, will result in dismissal.

**IT IS SO ORDERED.**

Dated: April 3, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE