```
 1  John Boutte , Pro Se                                    FILED
 2  225 Berry Street # 303                              08 APR 14 PM 12: 39
 3  San Francisco , California 94102
 4  ( 415 ) ████ JB 896-9205                    CLERK U.S. DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA
 5
                         United States District Court
 6
                         Northern District of California
 7

 8
    John Boutte , Pro Se              )   Case No.: C07-05660  VRW
 9                                    )   Acknowledgement and
              Plaintiff,              )   Notice of Appeal of Void Order Richard W.
10                                    )   Wieking and The Executive Committee .
       vs.                            )
11                                    )
    RGW Construction et.al            )
12                                    )
              Defendant               )
13                                    )
                                      )
14  _____    )

15
                 Notice of Appeal of Void Order of Richard W. Wieking
16
                 With Demand For The Names of The Executive Committee .
17

18
                 Comes Now John Boutte , a Seventy Three year old African-American ,
19
    Pro Se Litigant under the authority of The United States Constitution ; and Appeals
20
    this Voided Order because Richard W. Wieking is not a Court and cannot issue me a
21
    legal federal order Ex Parte . The Executive Committee cannot lawfully issue anyone
22
    An Order in Violation of The Federal Rules of Civil Procedure and The Code of Federal
23
    Regulations and The United States Constitution . Who are these people ? What Conflicts
24
    of Interest may exist .
25
                 Are they above the Law ? Are they , and you , above the United States
26
    Constitution ?
27
                 Please send all records in this case and names of the Executive
28
    Committee to me and The Ninth Circuit Court of Appeals .
```

Notice of Appeal and Demand For Disclosure of Names of Executive Committee- 1

```
                              Respectfully Submitted ,
                              J. L-M BOUTTE
                              John Boutte , Pro Se

XC; The United States Congress

    The Judiciary Committees of The United States Of America

    Other Parties of Interest


                              Dated this 11th day of April, 2008
```

Notice of Appeal and Demand For Disclosure of Names of Executive Committee- 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __San Francisco__ }

On __April 12, 2008__ before me, __Peter Robins Chu, Notary Public__
         Date                                                    Here Insert Name and Title of the Officer

personally appeared __John Boutte__
                                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___[signature]___
                Signature of Notary Public

[Notary Seal: PETER ROBINS CHU, Commission # 1734009, Notary Public - California, San Francisco County, My Comm. Expires Apr 22, 2011]

Place Notary Seal Above

─────────── OPTIONAL ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Acknowledgment and notice of appeal of void order__

Document Date: __April 11, 2008__      Number of Pages: __Two__

Signer(s) Other Than Named Above: __None__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __John Boutte__
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: __Self__

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

*The attached bears embossment*



Mr. John Boutte
255 Berry St. #303
San Francisco, CA 94107

Clerk US District Court
456 Golden Gate Ave
San Francisco, CA 94102