1  John Boutte , Pro Se
2  225 Berry Street #303
3  San Francisco , California 94107
4  ( 415 )896-9205

FILED
08 APR 15 PM 12: 31
CLERK, U S DISTRICT COURT
NTHERN DISTRICT OF CALIFORNIA

In The United States District Court

In The Northern District of California

| | |
|---|---|
| John Boutte , Pro Se | ) Case No. : C07--05660 ~~MJJ~~ VRW |
| Plaintiff, | ) Acknowledgement of Void Order by Federal |
| | ) Judge Martin Jenkins ( African-American) |
| vs. | ) Allegations of Institutional Racism and |
| | ) Racial Discrimination ;Because of my Race |
| RGW Construction | ) ( African-American ) and because of my Pro |
| | ) Se Filing Status ; Conspiracy , Violation |
| Defendant | ) of The United States Constitution and |
| | ) Federal Statues and Federal Regulations |
| | ) and Procedures . Notice of Appeal . |
| | ) |

Notice of Appeal Together With Void Order of

Federal Judge Martin Jenkins .

Comes Now John Boutte a Seventy Three year old African-American having Filed State and Federal Suits under the Authority of The United States Constitution ; And Proceeds with all of the Rights and Protection granted Pro Se Litigants by Common Law and Federal Statue and The Federal Constitution .

Plaintiff acknowledges the receipt of the void order of Federal Judge Martin J, Jenkins . Plaintiff proceeded in the Magistrate Court and the District court under a approved Forma Pauperis filing status .

The Clerk of The District Court wrote the Plaintiff , sitting aside hearings and reassigning the case because Judge Jenkins was leaving the bench

Acknowledgement of the Void Order Of Federal Judge Jenkins and Notice of Appeal . - 1

1 | Stated the letter from the Clerk of the United States District Court .

2 |     Then as cases proceeded in different courts and in different
3 | Jurisdictions in the Federal Judicial System , Plaintiff received the Void Order of
4 | Judge Martin Jenkins ; In my mind there are clearly some Lawyers who should be dis
5 | barred and who should be removed from the bench .

6 |     Plaintiff shall seek a Change of Venue at the proper time .

7 |     Plaintiff prays that all records in this case be forwarded to the
8 | Plaintiff and the Court of Appeals For The Ninth Circuit .

Respectfully Submitted ,

JOHN BOUTTE

Mr. John Boutte , Pro Se

Dated this 11th day of April, 2008

XC : The United States Congress
    The Judiciary Committees of The
    United States of America .
    Other Parties of Interest .

Acknowledgement of the Void Order Of Federal Judge Jenkins and Notice of Appeal . - 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Francisco

On April 12, 2008 before me, Peter Robins Chu, Notary Public,
　　　　Date　　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared John Boutte
　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　Signature of Notary Public

[Notary Seal: PETER ROBINS CHU, Commission # 1734089, Notary Public - California, San Francisco County, My Comm. Expires Apr 22, 2011]

Place Notary Seal Above

―――――――――― OPTIONAL ――――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Acknowledgement of Void order by Federal Judge M—

Document Date: April 11, 2008　　　　Number of Pages: TWO

Signer(s) Other Than Named Above: NONE

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: John Boutte
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: SELF

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

"The attached bears embossment"