Mr. John Boutte
225 Berry Street #363
San Francisco, CA 94158
July 11, 2008
415-896-9205

ORIGINAL ~~FILED~~
2008 JUL 14 P 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:07-CV-05660-~~MJJ~~ VRW

JOHN BOUTTE

Office of The Clerk
U. S. District Court
450 Golden Gate Ave., 16th Floor
San Francisco, CA. 94102

Dear Clerk:

I do not have $350. and I do not owe $350.⁰⁰ in the case of Boutte v. RGW Construction Inc., et. al. I am a 73 year old man on fixed income. This action by the District Court and its Clerk is a violation of my rights, Under Title 18 US Code, Title 42 U.S Code and the US Constitution. Please send all information for me to file a federal Tort Claim.

JOHN BOUTTE
Mr. John Boutte