IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,                                                    No C  07-5660 VRW

        Plaintiff,                                              ORDER

        v

RGW CONSTRUCTION, INC,

        Defendant.
_____/

        The court previously dismissed plaintiff John Boutte's application to proceed in forma pauperis with leave to amend.  Doc # 6.  This case was subsequently reassigned to the undersigned judge.  Doc # 7.

        Plaintiff has filed several papers with the court (Doc ## 8, 9, 10), but he has not amended the in forma pauperis application or paid the filing fee as required by the court's order.

        Plaintiff is now granted a further, final period of thirty (30) days in which to amend his in forma pauperis application or pay the filing fee.  If, at the close of this thirty-day period, plaintiff has not amended his in forma pauperis application or paid the filing fee, this action will be dismissed.

        Plaintiff is further advised that a new service offered by the Volunteer Legal Services Program of The Bar Association of San Francisco, the Legal Help Center, is now providing free help to litigants who are representing themselves in federal court.

\\

**The Legal Help Center is located on the 15th floor of the courthouse. Plaintiff is free to avail himself of this service, but is not required to do so.**

        **IT IS SO ORDERED.**

                                            **Vaughn R Walker**
                                            **United States District Chief Judge**