Clear Form

1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | John Boutte,                )
11 |                    Plaintiff, )   CASE NO. _C07-5660 VRW_
                                   )
12 |        vs.                    )   **APPLICATION TO PROCEED**
                                   )   **IN FORMA PAUPERIS**
13 | RGW Construction, Inc,        )   **(Non-prisoner cases only)**
14 |                    Defendant. )
15 |_____)

16          I, _____, declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21         In support of this application, I provide the following information:

22 1.     Are you presently employed?              Yes _____ No _____

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: _____ Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.      Business, Profession or              Yes ____ No ____

8                self employment?

9        b.      Income from stocks, bonds,           Yes ____ No ____

10               or royalties?

11       c.      Rent payments?                       Yes ____ No ____

12       d.      Pensions, annuities, or              Yes ____ No ____

13               life insurance payments?

14       e.      Federal or State welfare payments,   Yes ____ No ____

15               Social Security or other govern-

16               ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.      Are you married?                          Yes ____ No ____

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.      a.      List amount you contribute to your spouse's support:$ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?          Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                     Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No ____  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                      Yes ____ No ____

_____

8.    What are your monthly expenses?

Rent:  $ _____ Utilities: _____

Food:  $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

- 3 -

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

Plaintiff,

v.

RGW CONSTRUCTION et al,

Defendant.

_____/

Case Number: C07-5660 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street
Apt. 303
San Francisco, CA 94107

Dated: September 3, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*

John Boutte
225 Berry Street
Apt. 303
San Francisco, CA 94107

C07-5660 VRW