IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,                              No   C-07-05660 VRW

    Plaintiff,                         ORDER

    v

RGW CONSTRUCTION Inc, GALLAGHER
BASSETT SERVICES Inc,

    Defendants.

_____/

        Plaintiff John Boutte filed this action on November 7, 2007.  Doc #1.  Defendants RGW Construction and Gallagher Bassett Services moved to dismiss on December 31, 2008.  Doc ##19-21.  Pursuant to Civil L R 7-3(a), plaintiff had until March 12 to file a memorandum in opposition to defendants' motion to dismiss.  Plaintiff did not file a memorandum in opposition or a statement of nonopposition.

        The hearing set for April 2 on defendants' motion to dismiss is VACATED.  Plaintiff shall serve and file a memorandum in opposition to defendants' motion to dismiss not later than April 16; failure to comply will be deemed grounds to dismiss the action.  No hearing or oral argument on the motion shall be conducted

without further order of the court. The defendants are instructed not to file a reply unless the court requests one.

        IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge